UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:20-cr-209-T-35-CPT
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)

HECTOR RODRIGUEZ MENDEZ
VIRGINIA GARCIA MORETA
LEO PICHARDO
CLETO DOMINGUEZ
SAMUEL RIVERA

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Conspiracy to Commit Money Laundering)**

**A. Introduction**

At times material to this Indictment:

1. HECTOR RODRIGUEZ MENDEZ was a resident of Hillsborough County, Florida, involved in the laundering of proceeds of a specified unlawful activity, within the Middle District of Florida, and elsewhere.

2. VIRGINIA GARCIA MORETA (GARCIA) was a resident of Hillsborough County, Florida, involved in the laundering of proceeds of a specified unlawful activity, within the Middle District of Florida, and elsewhere.

3. LEO PICHARDO was a resident of Hillsborough County, Florida, involved in the laundering of proceeds of a specified unlawful activity, within the Middle District of Florida, and elsewhere.

4. CLETO DOMINGUEZ was a resident of Hillsborough County, Florida, involved in the laundering of proceeds of a specified unlawful activity, within the Middle District of Florida, and elsewhere.

5. SAMUEL RIVERA was a resident of Hillsborough County, Florida, involved in the laundering of proceeds of a specified unlawful activity, within the Middle District of Florida, and elsewhere.

6. HS Construction and Maintenance, Inc. was a business operating in the Middle District of Florida for which GARCIA was listed with the Florida Department of State as the registered agent and manager, and RODRIGUEZ was listed as the president.

7. Musa Beauty Spot, LLC was a Florida Limited Liability Company operating in the Middle District of Florida for which GARCIA was listed with the Florida Department of State as the registered agent.

8. Cheyenne Auto Sales, LLC (Cheyenne Auto Sales) was a Florida Limited Liability Company operating in the Middle District of Florida for

which PICHARDO was listed with the Florida Department of State as the manager.

9. CMD Services Unlimited, LLC (CMD Services Unlimited) was a Florida Limited Liability Company operating in the Middle District of Florida for which DOMINGUEZ was listed with the Florida Department of State as the manager and registered agent.

### B. The Conspiracy

10. Beginning on an unknown date, but at least as early as in or about January 2018, and continuing up to and including on or about September 20, 2019, in the Middle District of Florida and elsewhere, the defendants,

> HECTOR RODRIGUEZ MENDEZ,
> VIRGINIA GARCIA MORETA,
> LEO PICHARDO,
> CLETO DOMINGUEZ, and
> SAMUEL RIVERA,

did knowingly and intentionally combine, conspire, and agree with each other and with other persons, both known and unknown to the Grand Jury, to commit offenses against the United States, in violation of 18 U.S.C. § 1956, that is:

    a. to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the

proceeds of a specified unlawful activity, that is, distribution and possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity and knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

### C.    Manner and Means of the Conspiracy

11.    The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among others, the following:

    a.    It was a part of the conspiracy that the conspirators would and did obtain the cash proceeds of drug trafficking in the Middle District of Florida.

    b.    It was further part of the conspiracy that the conspirators would and did establish bank accounts located within the Middle District of Florida and elsewhere, which accounts were intended to receive, disguise, conceal, and distribute the proceeds of drug trafficking.

      c.    It was further part of the conspiracy that the conspirators would and did use the cash proceeds of drug trafficking to purchase negotiable instruments in the form of cashier's checks in their individual capacities and through various businesses, to include HS Construction and Maintenance, Inc., Musa Beauty Spot LLC, Cheyenne Auto Sales, and CMD Services Unlimited.

      d.    It was further part of the conspiracy that the conspirators would and did remit these cashier's checks to various individuals and business accounts.

      e.    It was further part of the conspiracy that the conspirators would and did send, and cause to be sent, via the United States Postal Service and Federal Express, cashier's checks to various individuals and business accounts.

      f.    It was further part of the conspiracy that the conspirators and others would and did keep a portion of the proceeds as payment for obtaining cashier's checks.

      g.    It was further part of the conspiracy that the conspirators and others would and did perform acts and make statements to hide and conceal and cause to be hidden and concealed the purposes of the conspiracy and the acts committed in furtherance thereof.

All in violation of 18 U.S.C. § 1956(h).

## COUNTS TWO THROUGH THIRTY-SEVEN
### (Money Laundering – 18 U.S.C. § 1956(a)(1)(B)(i))

1. Paragraphs 1 through 11 of Count One of this Indictment are hereby realleged and incorporated by reference as though fully set forth herein.

2. On or about the dates listed below, in the Middle District of Florida and elsewhere, the defendants,

HECTOR RODRIGUEZ MENDEZ,
VIRGINIA GARCIA MORETA,
LEO PICHARDO,
CLETO DOMINGUEZ, and
SAMUEL RIVERA,

did knowingly conduct, attempt to conduct, and aid and abet others in conducting, a financial transaction affecting interstate and foreign commerce, namely, to transport, transmit and transfer monetary instruments and funds by wire or any other means, which involved the proceeds of a specified unlawful activity, that is, drug trafficking, in violation of 21 U.S.C. §§ 846, 841, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity:

| Count | Date | Amount | Nature of Transaction | Conducted by |
|---|---|---|---|---|
| Two | June 14, 2019 | $32,500 | Purchase of Wells Fargo cashier's check ending in 3265 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| Three | June 14, 2019 | $23,400 | Purchase of Wells Fargo cashier's check ending in 1243 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| Four | June 14, 2019 | $26,300 | Purchase of Wells Fargo cashier's check ending in 0987 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| Five | June 14, 2019 | $24,500 | Purchase of TD Bank cashier's check ending in 268-8 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| Six | June 14, 2019 | $33,300 | Purchase of TD Bank cashier's check ending in 294-4 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| Seven | June 14, 2019 | $34,200 | Purchase of Regions Bank cashier's check ending in 7295 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| Eight | June 14, 2019 | $25,000 | Purchase of Regions Bank cashier's check ending in 9517 with CMD Services Unlimited as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA DOMINGUEZ |

| Nine | June 14, 2019 | $25,000 | Purchase of Regions Bank cashier's check ending in 9518 with CMD Services Unlimited as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA DOMINGUEZ |
| --- | --- | --- | --- | --- |
| Ten | June 14, 2019 | $25,000 | Purchase of Regions Bank cashier's check ending in 9519 with CMD Services Unlimited as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA DOMINGUEZ |
| Eleven | June 14, 2019 | $25,000 | Purchase of Regions Bank cashier's check ending in 9520 with CMD Services Unlimited as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA DOMINGUEZ |
| Twelve | June 14, 2019 | $25,800 | Purchase of Regions Bank cashier's check ending in 3157 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| Thirteen | June 15, 2019 | $25,200 | Purchase of Wells Fargo cashier's check ending in 2806 with CMD Services Unlimited as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA DOMINGUEZ |
| Fourteen | June 15, 2019 | $24,800 | Purchase of JP Morgan Chase cashier's check ending in 1863 with CMD Services Unlimited as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA DOMINGUEZ |
| Fifteen | June 15, 2019 | $23,250 | Purchase of JP Morgan Chase cashier's check ending in 1864 with CMD Services Unlimited as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA DOMINGUEZ |

| | | | | |
|---|---|---|---|---|
| **Sixteen** | June 15, 2019 | $24,450 | Purchase of Wells Fargo cashier's check ending in 1432 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| **Seventeen** | June 15, 2019 | $23,700 | Purchase of Wells Fargo cashier's check ending in 2340 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| **Eighteen** | June 15, 2019 | $26,100 | Purchase of TD Bank cashier's check ending in 094-2 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| **Nineteen** | June 15, 2019 | $26,200 | Purchase of TD Bank cashier's check ending in 886-1 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| **Twenty** | June 17, 2019 | $24,135 | Purchase of TD Bank cashier's check ending in 661-8 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| **Twenty-One** | June 17, 2019 | $25,000 | Purchase of Regions Bank cashier's check ending in 1783 with Samuel Rivera as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA RIVERA |
| **Twenty-Two** | June 17, 2019 | $25,920 | Purchase of Regions Bank cashier's check ending in 2399 with Samuel Rivera as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA RIVERA |

| Twenty-Three | June 17, 2019 | $30,000 | Purchase of Regions Bank cashier's check ending in 7295 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| Twenty-Four | June 17, 2019 | $25,140 | Purchase of Regions Bank cashier's bank ending in 9522 with CMD Services Unlimited as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA DOMINGUEZ |
| Twenty-Five | June 17, 2019 | $24,350 | Purchase of Regions Bank cashier's check ending in 5490 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| Twenty-Six | June 17, 2019 | $11,000 | Purchase of Regions Bank cashier's check ending in 0874 with Samuel Rivera as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA RIVERA |
| Twenty-Seven | June 17, 2019 | $9,900 | Purchase of Regions Bank cashier's check ending in 9525 with Samuel Rivera as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA RIVERA |
| Twenty-Eight | June 17, 2019 | $24,080 | Purchase of Regions Bank cashier's check ending in 5491 with Samuel Rivera as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA RIVERA |
| Twenty-Nine | June 17, 2019 | $26,295 | Purchase of Regions Bank cashier's check ending in 4659 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |

| | | | | |
|---|---|---|---|---|
| **Thirty** | June 17, 2019 | $24,330 | Purchase of Regions Bank cashier's check ending in 9523 with CMD Services Unlimited as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA DOMINGUEZ |
| **Thirty-One** | June 17, 2019 | $26,750 | Purchase of Regions Bank cashier's check ending in 0873 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| **Thirty-Two** | June 17, 2019 | $30,000 | Purchase of Regions Bank cashier's check ending in 1583 with Samuel Rivera as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA RIVERA |
| **Thirty-Three** | June 17, 2019 | $26,190 | Purchase of Wells Fargo cashier's check ending in 1556 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| **Thirty-Four** | June 17, 2019 | $25,132 | Purchase of Regions Bank cashier's check ending in 4962 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| **Thirty-Five** | June 17, 2019 | $25,160 | Purchase of Wells Fargo cashier's check ending in 1487 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |
| **Thirty-Six** | June 17, 2019 | $23,518 | Purchase of TD Bank cashier's check ending in 234-3 with Cheyenne Auto Sales as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA PICHARDO |

| **Thirty-Seven** | June 17, 2019 | $7,725 | Purchase of Regions Bank cashier's check ending in 3580 with CMD Services Unlimited as the remitter | RODRIGUEZ MENDEZ GARCIA MORETA DOMINGUEZ |

All in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2.

## FORFEITURE

1. The allegations contained in Counts One through Thirty-Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under 18 U.S.C. § 982(a)(1).

2. Upon conviction of the violations alleged in Counts One through Thirty-Seven of the Indictment, punishable by imprisonment for more than one year, the defendants,

> HECTOR RODRIGUEZ MENDEZ,
> VIRGINIA GARCIA MORETA,
> LEO PICHARDO,
> CLETO DOMINGUEZ, and
> SAMUEL RIVERA,

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following:

    a. Approximately $167,008.00 seized from the East West

      Bank account number ending in 2991, held in the name of Rainbow Global USA, Inc., d/b/a American National Rags Company; and

  b.  an order of forfeiture in the amount of at least $21,567,939, which represents the amount involved in the offenses.

4. If any of the property described above, as a result of any act or omission of the defendant:

  a.  cannot be located upon the exercise of due diligence;

  b.  has been transferred or sold to, or deposited with, a third party;

  c.  has been placed beyond the jurisdiction of the Court;

  d.  has been substantially diminished in value; or

  e.  has been comingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p), directly and as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Daniel M. Baeza
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

FORM OBD-34
June 20     No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

HECTOR RODRIGUEZ MENDEZ
VIRGINIA GARCIA MORETA
LEO PICHARDO
CLETO DOMINGUEZ
SAMUEL RIVERA

## INDICTMENT

Violations:   18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)

A true bill,

_____
Foreperson

Filed in open court this 25th day

of June 2020.

_____
Clerk

Bail $_____

GPO 863 525